IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| BRIANA DAVIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-05041-CV-RK |
| | ) | |
| GEORGE'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case was removed June 21, 2023. (Doc. 1.) Pursuant to Rule 16, on June 22, 2023, the Court directed the parties to file their joint proposed scheduling order on or before August 5, 2023. (Doc. 5.) Noting no proposed scheduling order was timely filed, on August 10, 2023, the Court ordered Plaintiff to show cause on or before August 17, 2023, why the proposed scheduling order had not been filed and to file the joint proposed scheduling order, warning that failure to do so may result in dismissal without further notice.

To date, Plaintiff has not complied with the Rule 16 Order or the August 10, 2023 Order to Show Cause. Accordingly, this case is **DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute**.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 28, 2023